UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HUYEN FARRELL, on behalf of herself and
others similarly situated,

Plaintiff,

-against-

BENCHMARK SERVICES, LLC, and
DOE CORP. UTILITZING TELEPHONE NUMBERS
(850) 373-4537. (850) 676-9409, (954) 872-0058,
(352) 662-0550, and (904) 901-8916

Defendants.
---------------------------------------------------------------X

**ORDER**
**24-CV-4494 (LB)**

**BLOOM, United States Magistrate Judge:**

Plaintiff Huyen Farrell ("Plaintiff") commenced this proposed class action under the Telephone Consumer Protection Act against Benchmark Services, LLC and unnamed Defendant Doe Corp. (the "Doe Defendant"), who has as of yet only been identified by the telephone numbers allegedly associated with it. Presently before the Court is plaintiff's motion for expedited discovery under Federal Rule of Civil Procedure 26(d)(1), seeking permission to serve a subpoena upon Telnyx, LLC to obtain the true identity of the Doe Defendant. The Court concludes that good cause exists to allow for the expedited discovery in the Discovery Order. See Memorandum and Order, Malibu Media, LLC v. John Doe, No.CV 15-3504 (E.D.N.Y. Aug. 23, 2016), ECF No. 36. Accordingly:

**IT IS ORDERED** that Huyen Farrell may immediately serve a subpoena in compliance with Fed. R. Civ. P. 45 on Telnyx, LLC, to obtain only the name and address of the Doe Defendant associated with the telephone numbers identified in the Complaint. Under no circumstances is Huyen Farrell permitted to seek or obtain information about potential defendants other than the

Doe Defendant specifically identified in the Complaint, without a further Court order. The subpoena shall have a copy of this Order attached; and

**IT IS FURTHER ORDERED** that, upon receiving the subpoena, Telnyx, LLC shall use reasonable efforts to identify the Doe Defendant associated with the referenced telephone numbers, but shall not immediately disclose such information to plaintiff. Rather, within 60 days of receiving a subpoena, Telnyx, LLC shall serve a copy thereof, together with a copy of this Order, upon the Doe Defendant it determines to be associated with the implicated telephone numbers. This measure is appropriate to place the Doe Defendants on fair notice of plaintiff's efforts to obtain its identifying information, and its rights to contest the subpoena or litigate it anonymously.

In this regard, service by Telnyx, LLC upon the Doe Defendant may be made using any reasonable means, including written notice sent to its last known address, transmitted either by first-class or overnight mail; and

**IT IS FURTHER ORDERED** that a Doe Defendant who receives copies of the subpoena and this Order will have a period of 60 days to file any motions with this Court contesting the subpoena (including a motion to quash or modify the subpoena), as well as any request to litigate the subpoena anonymously. Telnyx, LLC may not disclose any Doe Defendant identifying information to plaintiffs, at any time before the expiration of the 60-day period. Additionally, if a Doe Defendant or Telnyx, LLC files a motion to quash the subpoena, Telnyx, LLC may not turn over any information to plaintiff, until the issues set forth in the motion have been addressed and the Court issues an Order instructing Telnyx, LLC to resume in turning over the requested discovery; and

**IT IS FURTHER ORDERED** that if the 60-day period within which a Doe Defendant may contest or otherwise move with respect to a subpoena lapses without such action, Telnyx,

LLC will have a period of 10 days to produce the information responsive to the subpoena to plaintiff or file its own motion to quash if it so chooses. In the event a Doe Defendant or Telnyx, LLC moves to quash or modify a subpoena, or to proceed anonymously, he or she shall at the same time as his or her filing also notify Telnyx, LLC so that Telnyx, LLC is on notice not to release the Doe Defendant's contact information to plaintiff, until the Court rules on any such motion; and

**IT IS FURTHER ORDERED** that Telnyx, LLC shall confer with plaintiff and shall not assess any charge in advance of providing the information requested therein. If Telnyx, LLC elects to charge for the costs of production, it shall provide a billing summary and cost report to plaintiff; and

**IT IS FURTHER ORDERED** that any information ultimately disclosed to plaintiff in response to the subpoena may be used by plaintiff solely for the purpose of protecting its rights as set forth in the instant Complaint; and

SO ORDERED.

/S/
LOIS BLOOM
United States Magistrate Judge

Dated: June 27, 2024
Brooklyn, New York